IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| MARIE A. COLLIER, : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | Civil Action No. |
| : | **1:08-CV-29 (WLS)** |
| MICHAEL J. ASTRUE, : | |
| Commissioner of Social Security, : | |
| : | |
| Defendant. : | |

**RECOMMENDATION**

On October 15, 2008, the undersigned ordered the plaintiff, who is proceeding in this Social Security Appeal *pro se*, to file within 30 days a brief supporting her request for remand. Plaintiff filed a request for additional time on November 14, 2008, which was granted on December 12, 2008, giving plaintiff an additional thirty days in which to file her brief; however, the undersigned warned that no further extensions of time would be granted and that plaintiff's failure to file a supporting brief within the time frame contemplated in the order would result in a recommendation to dismiss the action. Plaintiff has failed to file any brief or any other documentation as contemplated by the December 12, 2008 order.

It is therefore the RECOMMENDATION of the undersigned that this action be DISMISSED for plaintiff's failure to comply with the December 12, 2008 order to file a brief. Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable W. Louis Sands, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED**, this 15th  day of January, 2009.


                                                                                                     //S Richard L. Hodge  
                                                                                                      RICHARD L. HODGE  
                                                                                                      UNITED STATES MAGISTRATE JUDGE

msd