IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

MARIE A. COLLIER,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

1:08-CV-29 (WLS)



## ORDER

Before the Court is a Recommendation from United States Magistrate Judge Richard L. Hodge, (Doc. #18), filed January 15, 2009. It is recommended that Plaintiff's complaint requesting remand be dismissed for Plaintiff's failure to comply with the court's order to file her brief in support of her complaint. A review of the docket discloses that Plaintiff failed to do so notwithstanding having been granted an extension of time. No objection to the Recommendation has been filed.

Upon full review and consideration upon the record the Court finds that said Recommendation should be, and hereby is, ACCEPTED, ADOPTED and made the order of the Court for reasons of the findings and reasons stated therein. Accordingly, Plaintiff's complaint is DISMISSED.

**SO ORDERED**, this 27th day of March, 2009.

W. LOUIS SANDS, JUDGE
UNITED STATES DISTRICT COURT